```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

JIMMY D. BURDETTE                                              PLAINTIFF

v.                         Case No. 08-2109

CRAWFORD COUNTY;
CITY OF VAN BUREN,
ARKANSAS; DONALD
JENKINS, CITY ATTORNEY;
MIKE MEDLOCK, JUDGE                                           DEFENDANTS

## ORDER

    Now on this 17th day of November 2008, there comes on for consideration the report and recommendation filed herein on October 22, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). Plaintiff has filed objections to the report and recommendation. (Doc. 9). The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's request for a writ of mandamus is legally frivolous and abstention under *Younger v. Harris*, 401 U.S. 37 (1971) is appropriate. Accordingly Plaintiff's Complaint is DISMISSED as to all Defendants.

    IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge